**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6885**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BILLY CHARLES BURGESS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:08-cr-00341-D-1)

Submitted:  July 25, 2024                    Decided:  July 29, 2024

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Billy Charles Burgess, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Charles Burgess appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  We have reviewed the record on appeal and conclude that the district court did not abuse its discretion in denying Burgess' motion.  *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (providing standard).  Accordingly, we affirm the district court's order.  *United States v. Burgess*, No. 5:08-cr-00341-D-1 (E.D.N.C. Aug. 17, 2023).  We deny Burgess' motion for appointment of counsel and to expedite.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*